In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, etc., to the Real Property Required for the Opening and Extending of Lorraine Avenue from the Plaza of the Outerbridge Crossing to Amboy Road; Page (Beach) Street, etc.; Pleasant Plains Boulevard, etc.; and Pleasant Plains Avenue, etc., in the Borough of Richmond, City of New York. ARTHUR KILL BRIDGE PLAZA CORPORATION and SYLVAN GROTSKY, Appellants; CITY OF NEW YORK, Respondent. (Damage Parcel No. 159.) — Final decree in a condemnation proceeding, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting for and on Behalf of the NEW YORK CITY HOUSING AUTHORITY, Relative to Acquiring Title to and Possession of Certain Lands and Premises Which Are Not Now Owned by The City of New York, Situated in the Area Bounded by 21st Street, the Southerly Line of Bridge Plaza North, the East River and 40th Avenue, in the Borough of Queens, County of Queens, City of New York, Pursuant to a Project, Plan or Undertaking Determined upon by the New York City Housing Authority and Approved According to Law. ONREV HOLDING CORPORATION, Appellant; THE CITY OF NEW YORK, Respondent.— Condemnation proceeding to acquire title to and possession of certain property in Queens county, pursuant to a project determined upon by the New York City Housing Authority. Appeal by claimant as owner of Damage Parcels Numbers 10, 18, 19, 21, 22, 23, 25, 27, 29, 31, 33, 35, 37, 48 and 49. Final decree, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.